UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| MICHAEL JAMES, | ) | |
| | ) | |
| Plaintiff, | ) | 1:21-CV-00137-DCLC-CHS |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CHATTANOOGA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

# JUDGMENT

This case came before the Court on Defendants' Motion for Summary Judgment [Doc. 25]. For the reasons stated in the accompanying Memorandum Opinion and Order, Defendant's Motion for Summary Judgment as to Plaintiff's claims under 42 U.S.C. § 1983 is **GRANTED**. Plaintiff's remaining state law claims are **REMANDED** to Hamilton County Circuit Court for further proceedings. Accordingly, the Clerk is **DIRECTED** to close this case.

    **SO ORDERED:**

                        s/Clifton L. Corker
                        United States District Judge

1

Case 1:21-cv-00137-DCLC-CHS    Document 45    Filed 09/23/22    Page 1 of 1    PageID #: 622